36 So.2d 609

**Clifford JACKSON v. STATE.**

**8 Div. 657.**

Court of Appeals of Alabama.

May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

33 So.2d 277

**Eugene JACKSON v. STATE.**

**6 Div. 508.**

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

32 So.2d 180

**James JACKSON v. STATE.**

**6 Div. 411.**

Court of Appeals of Alabama.

April 8, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of Appellant.

35 So.2d 921

**Joe Ed JACO v. CITY OF HUNTSVILLE.**

**8 Div. 630.**

Court of Appeals of Alabama.

May 20, 1948.

PER CURIAM.

Appeal dismissed, want of prosecution.

35 So.2d 921

**Walter JEMISON v. STATE.**

**6 Div. 573.**

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

33 So.2d 277

**Howard JENKINS v. CITY OF MOBILE.**

**1 Div. 553.**

Court of Appeals of Alabama.

Nov. 18, 1947.

CARR, Judge.

Affirmed.